IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| STEVEN JONES, | * |
|     Plaintiff, | * |
| vs. | * |
| |     CASE NO. 4:09-CR-101 (CDL) |
| LANCE DENTON, et al., | * |
|     Defendants. | * |

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 26, 2009, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit. Plaintiff's claims are barred by the statute of limitations, and Plaintiff has not made a sufficient showing to warrant the tolling of the statute of limitations.

IT IS SO ORDERED, this 23rd day of September, 2009.

                                        <u>S/Clay D. Land</u>
                                          CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE